**Patricia L. KRUPP, Respondent,**

v.

**MISSOURI DEPARTMENT OF HEALTH AND SENIOR SERVICES, Appellant.**

**No. WD 75234.**

Missouri Court of Appeals,
Western District.

March 26, 2013.

Jamie J. Cox, Jefferson City, MO, for Respondent.

Megan K. Fewell, for Appellant.

Before Division One: MARK D. PFEIFFER, Presiding Judge, VICTOR C. HOWARD, Judge and ALOK AHUJA, Judge.

## ORDER

PER CURIAM:

The Missouri Department of Health and Senior Services ("Department") appeals the judgment of the circuit court reversing the decision of the Department to place Patricia Krupp on the Employee Disqualification List for two years.

The Department's decision is affirmed. Rule 84.16(b).